In the Matter of the Application of FRANK EWING for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of the Application of JOHN K. GRAVES for Admission to the Bar. (From the State of Virginia.) — Application granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.